KIMBERLY A. TRATT, Respondent, v COUNTY OF CAYUGA et al., Appellants, et al., Defendant. [902 NYS2d 496]—Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered July 1, 2009. The order, insofar as appealed from, denied in part the motion of defendants County of Cayuga and County of Cayuga Treasurer's Office to dismiss the complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.